| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: 49D071406CC020385 |

ERIE INSURANCE EXCHANGE,

    Plaintiff,

vs.

JOB1USA, INC.,

    Defendant.

FILED JUN 16 2014
Elizabeth␣␣␣White
CLERK OF THE MARION CIRCUIT COURT

## PLAINTIFF'S COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, Erie Insurance Exchange (hereinafter "Erie"), by counsel, Kevin L. Moyer, and for its Complaint against the Defendant, JOB1USA, INC. (hereinafter "JOB1USA"), would show the Court as follows:

1. That all times relevant hereto, 16 Park, LP owned real estate located at or near 1643 N. Park St., Indianapolis, Indiana 46202.

2. That Erie is an insurance carrier, licensed to do business in the State of Indiana providing insurance coverage to both personal and commercial clients.

3. That the Defendant, JOB1USA, is a commercial entity licensed to do business in the State of Indiana with a principal place of business located at 701 Jefferson Ave, Toledo, OH 43604.

4. That all the times relevant hereto, Erie insured the real estate and personal property of 16 Park, LP located at or near 1643 N. Park St., Indianapolis, IN 46202 under policy numbers Q46 0130539 and Q45 0170686 7079451-0.  T¹ Fire Loss

1

A

5. That on or about June 15, 2012, the real property and personal property of 16 Park, LP located at or near 1643 N. Park St., Indianapolis, IN 46202 was substantially damaged by fire.

6. That pursuant to the terms and conditions of the insurance policy purchased by 16 Park, LP from the Plaintiff, Erie was contractually obligated to pay settlement monies in excess of $2,000,000.00 to or on behalf of 16 Park, LP.

7. Erie, pursuant to the subrogation provision of the aforementioned insurance policy and in accordance with the common law principals of legal and equitable subrogation, is subrogated to the rights of its insured to the extent of the payments made.

8. That the aforementioned June 15, 2012 fire loss, including resultant property damages, was proximately caused by the negligence of the Defendant.

Wherefore, the Plaintiff prays for judgment against the Defendant due to its negligence in an amount commensurate with Plaintiff's damages, prejudgment interest, costs of this action, and all other just and proper relief.

Respectfully submitted,

_____
Kevin L. Moyer #20635-49

## REQUEST FOR JURY TRIAL

The Plaintiff, by counsel, Kevin L. Moyer, pursuant to Indiana Trial Rule 38, respectfully requests a jury trial in this matter.

_____
Kevin L. Moyer #20635-49

**MOYER & IRK P.C.**
Key Bank Building – 4th Floor
127 W. Main Street
Lebanon, IN 46052
Telephone (765) 485-0131
Facsimile (765) 485-0175

KMoyer@
dnilaw.com

**MARION COUNTY CLERK**
**200 E WASHINGTON, W122**
**INDIANAPOLIS, IN 46204**



CERTIFIED MAIL

7013 2250 0001 9110 7038



02 1P
0000816191
$ 006.48
MAILED FROM ZIP CODE 46041

Job1USA, Inc.
c/o Corporation Service Company
251 E. Ohio St. Ste. 500
Indianapolis, IN 46204

46204$2164 C008

# SUMMONS

In the Marion Superior Court, Room No. _____

ERIE INSURANCE EXCHANGE
**Plaintiff**
_VS_

Cause No. _____  49D071406CC020385

JOB1USA, INC.

**Defendant**

To Defendant: (Name)   JOB1USA, INC.

(Address)   c/o Corporation Service Company, 251 E. Ohio St., Ste. 500

Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and the Court indicated above.

The nature of the suit against you stated in the complaint, which is attached to this Summons. It also states the relief sought or *the* demand made against you by the plaintiff.

An answer or other appropriate response writing to the complaint must be filed either by you are your attorney within twenty (20) days, commencing the day after you receive this Summons. (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222) or the Marion County Bar Association Lawyer *Referral Service* (634-3950).

Dated _____

Clerk, Marion Superior Court
/s/ Elizabeth L. White
CLERK OF THE MARION CIRCUIT COURT (Seal)
JUN 16 2014

(The following manner of service of summons   hereby designated.)

**X**   Registered or certified mail.

____   Service at place of employment, to-wit: _____

____   Service on individual - (Personal or copy) at above address.

____   Service on agent. (Specify) _____

____   Other service. (Specify) _____

Attorney for Plaintiff   Kevin L. Moyer #20635-49
MOYER AND IRK, PC
Address   127 W. Main Street
Lebanon, IN 46052

Telephone   (765) 485-0131

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

Telephone

SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____ -20 _____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant. _____

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which the dwelling place or usual place of abode of _____

and by mailing a copy of said summons to said defendant at the above address.

(3) Other service or remarks: _____

_____

Sheriff's Cost                                    Sheriff

                                          By: _____
                                                    Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____ 20 _____ I mailed a copy of this Summons and a copy of the complaint to the defendant. _____ by _____ mail. requesting a return receipt, at the address furnished by the plaintiff.

                                          Marion Superior Court

Dated: _____ - 20 _____      By: _____
                                                    Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____ - 20 _____

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____ -20 _____

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____ 20 _____

                                          By: _____
                                                    Deputy